IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CASSANDRA D. BLANCHARD
a/k/a CASSANDRA D. JONES-BLANCHARD                    PLAINTIFF

v.                          No. 4:18-cv-530-DPM

METROPOLITAN LIFE INSURANCE
COMPANY                                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 18 February 2019 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2019